```
 1  ALEXANDER G. CALFO (SBN 152891)
       ACalfo@yukelaw.com
 2  KELLEY S. OLAH (SBN 245180)
       KOlah@yukelaw.com
 3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
       ganderson-thompson@yukelaw.com
 4  YUKEVICH CALFO & CAVANAUGH
    355 S. Grand Avenue, 15th Floor
 5  Los Angeles, CA  90071-1560
    Telephone:    (213) 362-7777
 6  Facsimile:    (213) 362-7788

 7  Attorneys for Defendants
    DEPUY ORTHOPAEDICS, INC., JOHNSON &
 8  JOHNSON SERVICES, INC., JOHNSON &
    JOHNSON (erroneously sued as Johnson &
 9  Johnson, Inc."), and DEPUY INTERNATIONAL
    LIMITED (erroneously sued as DePuy
10  International, Ltd.")
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT PRESSLER and SARAH PRESSLER,<br><br>            Plaintiffs,<br><br>      vs.<br><br>DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED; M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>            Defendants. | CASE NO. CV12-3889-~~LB~~ EMC<br><br>**[~~PRO~~POSED] ORDER RE STIPULATION TO STAY PROCEEDINGS** |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs SCOTT PRESSLER and SARAH PRESSLER and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as Johnson & Johnson, Inc."), and DEPUY INTERNATIONAL LIMITED (erroneously sued as

1  DePuy International, Ltd.") (hereafter collectively "the Parties"); upon consideration of all
2  documents, files, and pleadings in this action; and upon good cause shown, it is hereby
3  ORDERED that:

4      1.    The Parties' request for a stay of proceedings is GRANTED;

5      2.    All proceedings in this action are hereby stayed, pending a decision by the Judicial
6  Panel on Multidistrict Litigation on whether this case should be transferred to *In re*
7  *DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*,
8  MDL Docket No. 2244.

9      3.    All deadlines, including any deadlines relating to a potential remand motion and
10  any outstanding responsive pleading, are extended pending entry of a Scheduling
11  Order in the MDL court addressing the sequencing and processing of future remand
12  motions.

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15  Dated:  8/21 , 2012  _____
16                                         Hon. ~~Laurel Beeler~~



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777

795453.1 / 25-259                                    2                                    CV12-3889-LB
[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS